| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Katisha Dees |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 1853318 |

Official Form 410S1

# Amended Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice     06/01/2020

**New total payment:**
Principal, interest, and escrow, if any     $ 1477.77

**Last 4 digits** of any number you use to identify the debtor's account:    0 9 3 3

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 675.88          **New escrow payment:** $ 609.24

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Debtor 1  Katisha Dees
First Name   Middle Name   Last Name

Case number (if known) 1853318

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Sonya K Moore
Signature

Date 05/01/2020

Print: Moore, Sonya K
First Name   Middle Name   Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number   Street

1000 Blue Gentian Road
Address 2

Eagan   MN   55121-7700
City   State   ZIP Code

Contact phone 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

Official Form 410S1   **Notice of Mortgage Payment Change**   page **2**
18-53318-lsg   Doc 55   Filed 05/01/20   Entered 05/01/20 15:34:50   Page 2 of 7

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

Chapter 13   No. 1853318
Judge:  Phillip J Shefferly

In re:

Katisha Dees

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 04, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                       By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Katisha Dees
12159 Corvair

Sterling Heights MI 48312

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:            By Court's CM/ECF system registered email address

Thomas Hensel, Jr.
Hensel Law Office, PLLC
36250 Dequindre Rd. Ste. 410

Sterling Heights MI 48310

By Court's CM/ECF system registered email address

N/A

Trustee:                      By Court's CM/ECF system registered email address

David Wm Ruskin

26555 Evergreen Rd Ste 1100

Southfield MI 48076-4251

/s/Sonya K Moore

VP Loan Documentation
Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** April 29, 2020
**Loan number:**
**Property address:**
    12159 CORVAIR DR
    STERLING HEIGHTS MI 48312

KATISHA L DEES
12159 CORVAIR DR
STERLING HEIGHTS MI 48312-4027

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

---

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **June 1, 2020** payment, the contractual portion of the escrow payment **decreases**.

> **The escrow account has an overage of $307.07**

## Part 1 - Mortgage payment

**New Payment** — The new total payment will be **$1,477.77**

|  | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $868.53 | $868.53 |
| **Escrow payment** | $675.88 | $609.24 |
| **Total payment amount** | $1,544.41 | $1,477.77 |

> **No action required**
>
> Starting **June 1, 2020** the new contractual payment amount will be **$1,477.77**

See Page 2 for additional details.

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $8,382.81. For the coming year, we expect the amount paid from escrow to be $7,310.79.

### How was the escrow payment calculated?
To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/18 - 05/19 (Actual) | 10/18 - 09/19 (Actual) | 06/19 - 04/20 (Actual) | 06/20 - 05/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,457.26 | $5,391.76 | $5,193.43 | $4,010.12 | ÷ | 12 | = | $334.18 |
| **Property insurance** | $1,612.17 | $1,838.47 | $1,838.47 | $1,838.47 | ÷ | 12 | = | $153.21 |
| **Total taxes and insurance** | $7,069.43 | $7,230.23 | $7,031.90 | $5,848.59 | ÷ | 12 | = | $487.39 |
| **Escrow shortage** | $448.03 | $0.00 | $2.55 | $0.00 |  |  |  |  |
| **Mortgage insurance** | $1,504.00 | $1,493.88 | $1,350.91 | $1,462.20 | ÷ | 12 | = | $121.85 |
| **Total escrow** | $9,021.46 | $8,724.11 | $8,385.36 | $7,310.79 |  |  |  | $609.24 |

### Projected escrow account activity over the next 12 months
To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance August, 2020 |  | -$1,111.89 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment‡ | + | $2,393.74 | |
| Minimum balance for the escrow account† | - | $974.78 | (Calculated as: $487.39 X 2 months) |
| **Escrow overage** | = | $307.07 | |

‡This adjustment of $2,393.74, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

### Escrow account projections from June, 2020 to May, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2020 | | | Starting balance | $3,129.11 | $5,215.78 |
| Jun 2020 | $609.24 | $121.85 | FHA Insurance | $3,616.50 | $5,703.17 |
| Jul 2020 | $609.24 | $121.85 | FHA Insurance | $4,103.89 | $6,190.56 |
| Aug 2020 | $609.24 | $121.85 | FHA Insurance | $4,591.28 | $6,677.95 |
| Aug 2020 | $0.00 | $3,864.70 | STERLING HEIGHTS CITY | $726.58 | $2,813.25 |
| Aug 2020 | $0.00 | $1,838.47 | ALLSTATE EDI ONLY | -$1,111.89 | $974.78 |
| Sep 2020 | $609.24 | $121.85 | FHA Insurance | -$624.50 | $1,462.17 |
| Oct 2020 | $609.24 | $121.85 | FHA Insurance | -$137.11 | $1,949.56 |
| Nov 2020 | $609.24 | $121.85 | FHA Insurance | $350.28 | $2,436.95 |
| Dec 2020 | $609.24 | $121.85 | FHA Insurance | $837.67 | $2,924.34 |
| Dec 2020 | $0.00 | $145.42 | STERLING HEIGHTS CITY | $692.25 | $2,778.92 |
| Jan 2021 | $609.24 | $121.85 | FHA Insurance | $1,179.64 | $3,266.31 |
| Feb 2021 | $609.24 | $121.85 | FHA Insurance | $1,667.03 | $3,753.70 |
| Mar 2021 | $609.24 | $121.85 | FHA Insurance | $2,154.42 | $4,241.09 |
| Apr 2021 | $609.24 | $121.85 | FHA Insurance | $2,641.81 | $4,728.48 |
| May 2021 | $609.24 | $121.85 | FHA Insurance | $3,129.20 | $5,215.87 |
| Totals | $7,310.88 | $7,310.79 | | | |

## Part 4 - Escrow account history

### Escrow account activity from June, 2019 to May, 2020

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2019 | | | | | | | Starting Balance | -$2,428.56 | $5,919.50 | -$8,348.06 |
| Jun 2019 | $548.25 | $675.67 | -$127.42 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$1,880.31 | $6,470.68 | -$8,350.99 |
| Jun 2019 | $0.00 | $0.00 | $0.00 | $124.49 | $0.00 | $124.49 | FHA Insurance | -$2,004.80 | $6,470.68 | -$8,475.48 |
| Jul 2019 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$1,329.36 | $7,021.86 | -$8,351.22 |
| Jul 2019 | $0.00 | $0.00 | $0.00 | $124.49 | $0.00 | $124.49 | FHA Insurance | -$1,453.85 | $7,021.86 | -$8,475.71 |
| Jul 2019 | $0.00 | $0.00 | $0.00 | $1,838.47 | $0.00 | $1,838.47 | ALLSTATE EDI ONLY | -$3,292.32 | $7,021.86 | -$10,314.18 |
| Aug 2019 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$2,616.88 | $7,573.04 | -$10,189.92 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $4,793.01 | $4,858.51 | -$65.50 | STERLING HEIGHTS CITY | -$7,409.89 | $2,714.53 | -$10,124.42 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $0.00 | $1,612.17 | -$1,612.17 | ALLSTATE EDI ONLY | -$7,409.89 | $1,102.36 | -$8,512.25 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $124.49 | $0.00 | $124.49 | FHA Insurance | -$7,534.38 | $1,102.36 | -$8,636.74 |
| Sep 2019 | $675.44 | $675.67 | -$0.23 | $124.49 | $124.49 | $0.00 | FHA Insurance | -$6,983.43 | $1,653.54 | -$8,636.97 |
| Oct 2019 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$6,307.99 | $2,204.72 | -$8,512.71 |
| Oct 2019 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$6,429.84 | $2,204.72 | -$8,634.56 |
| Nov 2019 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$5,754.40 | $2,755.90 | -$8,510.30 |
| Nov 2019 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$5,876.25 | $2,755.90 | -$8,632.15 |
| Dec 2019 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$5,200.81 | $3,307.08 | -$8,507.89 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $400.42 | $143.47 | $256.95 | STERLING HEIGHTS CITY | -$5,601.23 | $3,163.61 | -$8,764.84 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$5,723.08 | $3,163.61 | -$8,886.69 |
| Jan 2020 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$5,047.64 | $3,714.79 | -$8,762.43 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$5,169.49 | $3,714.79 | -$8,884.28 |
| Feb 2020 | $675.44 | $675.67 | -$0.23 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$4,494.05 | $4,265.97 | -$8,760.02 |
| Feb 2020 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$4,615.90 | $4,265.97 | -$8,881.87 |
| Mar 2020 | $675.88 | $675.67 | $0.21 | $0.00 | $124.49 | -$124.49 | FHA Insurance | -$3,940.02 | $4,817.15 | -$8,757.17 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | -$4,061.87 | $4,817.15 | -$8,879.02 |
| Apr 2020 (estimate) | $6,758.80 | $675.67 | $6,083.13 | $0.00 | $124.49 | -$124.49 | FHA Insurance | $2,696.93 | $5,368.33 | -$2,671.40 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $121.85 | $0.00 | $121.85 | FHA Insurance | $2,575.08 | $5,368.33 | -$2,793.25 |
| May 2020 (estimate) | $675.88 | $675.67 | $0.21 | $121.85 | $124.49 | -$2.64 | FHA Insurance | $3,129.11 | $5,919.51 | -$2,790.40 |
| Totals | $14,062.33 | $8,108.04 | $5,954.29 | $8,504.66 | $8,108.03 | $396.63 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19

